1  JASON M. WUCETICH (STATE BAR NO. 222113)
   jason@wukolaw.com
2  DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
   dimitri@wukolaw.com
3  WUCETICH & KOROVILAS LLP
   222 N. Pacific Coast Hwy., Suite 2000
4  El Segundo, CA 90245
   Telephone:  (310) 335-2001
5  Facsimile:  (310) 364-5201

6  MICHAEL S. MORRISON (SBN 205320)
   mmorrison@amfllp.com
7  ERIN A. LIM (SBN 323930)
   elim@amfllp.com
8  ALEXANDER MORRISON + FEHR LLP
   1900 Avenue of the Stars, Suite 900
9  Los Angeles, CA 90067
   Telephone:  (310) 394-0888
10 Facsimile:  (310) 394-0811

11 Attorneys for Plaintiffs
   WILLIAM MULLER and ANTONIO KNEZEVICH,
12 individually and on behalf of all others similarly situated

13 *[Additional Counsel Listed on Following Pages]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MULLER and ANTONIO KNEZEVICH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UKG INC.; and DOES 1 through 10,<br><br>Defendants. | Case No.: 22-CV-00346-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS** |
| ADAM BENTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>UKG INC.<br><br>Defendant. | Case No.: No. 3:22-cv-02554-SI |

|   |   |   |
|---|---|---|
| 1 | CINDY VILLANUEVA, individually and on behalf of all others similarly situated, | Case No.: 3:22-cv-01789-SI |
| 2 |   |   |
| 3 | Plaintiff, |   |
| 4 | v. |   |
| 5 | UKG Inc., |   |
| 6 | Defendant. |   |

RONALD A. MARRON (SBN175650)
ron@consumeradvocates.com
ALEXIS M. WOOD (SBN270200)
alexis@consumeradvocates.com
KAS L. GALLUCCI (SBN288709)
kas@consumeradvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

*Counsel for Plaintiff Adam Bente*

JONATHAN M. LEBE (SBN284605)
jon@lebelaw.com
ZACHARY T. GERSHMAN (SBN328004)
zachary@lebelaw.com
NICOLAS W. TOMAS (SBN339752)
nicolas@lebelaw.com
LEBE LAW
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Tel: (213)444-1973

*Counsel for Plaintiff Cindy J. Villanueva*

Plaintiffs Williams Muller, ("Muller"), Antonia Knezevich ("Knezevich"), Adam Bente ("Bente") and Cindy Villanueva ("Villanueva"), by and through their counsel, and Defendant UKG Inc. ("UKG" or "Defendant"), by and through its counsel, hereby stipulate to the following:

WHEREAS, there are now currently pending before this Court, the Hon. Susan Illston presiding, the following three actions:

1. *Muller v. UKG Inc.*, Case No. 22-00346, filed January 18, 2022, and originally assigned to this Court (the "*Muller* Action");

2. *Bente v. UKG Inc.*, Case No. 22-02554, filed March 4, 2022 in the Southern District of California, transferred to this District on April 26, 2022, and thereafter related to the *Muller* Action on May 4, 2022 (the "*Bente* Action");

3. *Villanueva v. UKG Inc.*, Case No. 22-01789, filed March 21, 2022 in this District and thereafter related to the *Muller* action on April 18, 2022 (the "*Villanueva* Action");

WHEREAS, the *Muller*, *Bente*, and *Villanueva* Actions (the "Related Actions") are each putative class actions against UKG that assert claims on behalf of a purported nationwide class and California subclass of individuals whose personally identifiable information ("PII") and payroll systems were allegedly compromised as a result of a ransomware attack on a subset of UKG's workforce management software applications that are hosted on the Kronos Private Cloud in December 2021 (the "Data Breach");

WHEREAS, the Related Actions concern substantially similar parties, arise from the same set of facts, and assert similar causes of action, including negligence, unjust enrichment, declaratory judgment, breach of contract, right to privacy, the California Consumer Records Act, California Consumer Privacy Act, and the California Unfair Competition Law;

WHEREAS, the parties in each of the Related Actions have met and conferred and agreed to work cooperatively, to coordinate their efforts, and to promote judicial economy and avoid duplicative discovery and motion practice;

WHEREAS, the parties therefore have agreed to consolidate the Related Actions for all purposes pursuant to Fed. R. Civ. P. 42(a);

WHEREAS, in order to advance the case through an orderly process, the parties have agreed to a schedule that extends Defendant's time to respond to the complaints until after a consolidated amended complaint is filed. The parties have also agreed to a schedule governing briefing on any motion to dismiss or responses to the consolidated amended complaint.

WHEREAS, the *Muller* Action and *Bente* Action have an Initial Case Management Conference set for June 3, 2022, at 2:30PM via Videoconference. The Initial Case Management Conference in the *Villanueva* Action is set for June 24, 2022, at 2:30PM via Videoconference;

WHEREAS, the parties agree that in coordinating their efforts, the Initial Case Management Conference in the *Muller* Action and *Bente* Action should be continued to the date

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS
CASE NOS. 22-CV-00346-SI; 22-02554-SI; 22-CV-01789-SI

1  set in the *Villanueva* Action, June 24, 2022, at 2:30, and the date to submit a Joint Case

2  Management Statement between all parties shall be June 17, 2022;

3        WHEREAS, the parties agree nothing in this stipulation, proposed order, or enacted order

4  shall restrict any party's rights under 28 U.S.C. § 636(c) or Northern District of California

5  General Order 44;

6        WHEREAS, the parties agree nothing in this stipulation, proposed order, or enacted order

7  shall be cited by or used in support of any future briefing on issues relating to class certification

8  in the above-mentioned Related Actions;

9        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, among the

10 undersigned parties, and respectfully submitted for the Court's approval, as follows:

11     1.    The above-captioned Related Actions (collectively, "the Consolidated Action")

12 are hereby consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

13     2.    A Master Docket and Master File are hereby established for the Consolidated

14 Action. The Master File number shall be 3:22-00346-SI. A Master Docket will be maintained for

15 the Actions with all entries to be docketed under the Master File number. If a document pertains

16 to only one of the consolidated cases, it will be docketed on the Master Docket with the notation

17 in the docket text as to the case number(s) to which it pertains;

18     3.    The Action shall be referred to as: *In re UKG Inc Cybersecurity Breach Litigation*

19 and every pleading or other paper filed in the Consolidated Action shall bear the following

20 caption:

| IN RE UKG INC CYBERSECURITY LITIGATION | Master Docket No. 3:22-00346-SI |
|---|---|
| THIS DOCUMENT RELATES TO: | <u>CLASS ACTION</u> |

26     4.    All papers previously filed and served to date in the Related Actions are deemed

27 part of the record in *In re UKG Inc Cybersecurity Breach Litigation*.

28

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS
CASE NOS. 22-CV-00346-SI; 22-02554-SI; 22-CV-01789-SI

5. Undersigned counsel for Defendant is authorized to accept, and hereby does accept, service of the summons and complaints in each of the above-captioned actions on behalf of Defendant, without prejudice to and waiver of any of Defendant's defenses, objections, or arguments, except as to sufficiency of service of process;

6. Defendant is not required to answer or otherwise respond to the currently filed complaints in the above-captioned actions;

7. Within 30 days of the Court's Order on consolidation, Plaintiffs shall file a Consolidated Amended Class Action Complaint (the "Consolidated Complaint");

8. Defendant shall file an answer or a motion to dismiss within 45 days after the filing of the Consolidated Complaint; and

9. If Defendant files a motion to dismiss, Plaintiffs shall file an opposition to the motion to dismiss within 45 days after the motion is filed, and Defendant shall file a reply within 21 days after the opposition is filed.

10. The date of the Initial Case Management Conference in the Consolidated Action shall be June 24, 2022, at 2:30 via Videoconference and the date to submit a Joint Case Management Statement shall be June 17, 2022.

**IT IS SO STIPULATED.**

Dated: May 19, 2022

**ALEXANDER MORRISON & FEHR LLP**

*/s/ Michael S. Morrison*
Michael Scott Morrison
Erin Lim
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310-394-0888
Fax: (310) 394-0811
mmorrison@amfllp.om
elim@amfllp.com

**WUCETICH KOROVILAS LLP**
*/s/ Jason M. Wucetich*
Jason Matthew Wucetich
Dimitrios Vasiliou Korovilas
222 Pacific Coast Highway Suite 2000

El Segundo, CA 90245
Tel: (310) 335-2001
Fax: (310) 364-5201
jason@wukolaw.com
dimitri@wukolaw.com

*Counsel for Plaintiffs William Muller and Antonio Knezevich*

Dated:  May 19, 2022

**LAW OFFICE OF RONALD A. MARRON**

*/s/ Ronald A. Marron*
Ronald A. Marron
Alexis M. Wood
Kas L. Gallucci
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiff Adam Bente*

Dated:  May 19, 2022

**LEBE LAW**
*/s/ Jonathan M. Lebe*
Jonathan Michael Lebe
Zachary Taylor Gershman
Nicolas W. Tomas
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Tel: (213)444-1973
Fax: (
jon@lebelaw.com
zacary@lebelaw.com
nicolas@lebelaw.com

*Counsel for Plaintiff Cindy J. Villanueva*

Dated: May 19, 2022

---

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS
CASE NOS. 22-CV-00346-SI; 22-02554-SI; 22-CV-01789-SI

**SHOOK, HARDY & BACON L.L.P**

*/s/ Tammy B. Webb*
Tammy B. Webb
555 Misson Street, Suite 2300
San Francisco, California 94105
Tel: (415) 544-1900
Fax: (415) 391-0281
tbwebb@shb.com

Elisabeth Hutchinson *pro hac vice*
1660 17th Street, Suite 450
Denver, CO 80202
Tel: (303) 285-5300
Fax: (303) 285-5301
ehutchinson@shb.com

*Counsel for Defendant UKG Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 20, 2022, 2022

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS
CASE NOS. 22-CV-00346-SI; 22-02554-SI; 22-CV-01789-SI

**FILER'S ATTESTATION OF CONCURRENCE**

I, Dimitrios V. Korovilas, pursuant to Local Rule 5-1(i), attest that I am counsel for Plaintiffs William Muller and Antonio Knezevich.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Date:   May 19,  2022    **WUCETICH & KOROVILAS LLP**
By: */s/ Dimitrios V. Korovilas*
Dimitrios V. Korovilas