1  JASON M. WUCETICH (STATE BAR NO. 222113)
   jason@wukolaw.com
2  DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
   dimitri@wukolaw.com
3  WUCETICH & KOROVILAS LLP
   222 N. Pacific Coast Hwy., Suite 2000
4  El Segundo, CA 90245
   Telephone:   (310) 335-2001
5  Facsimile:   (310) 364-5201

6  MICHAEL S. MORRISON (SBN 205320)
   mmorrison@amfllp.com
7  ERIN A. LIM (SBN 323930)
   elim@amfllp.com
8  ALEXANDER MORRISON + FEHR LLP
   1900 Avenue of the Stars, Suite 900
9  Los Angeles, CA 90067
   Telephone:   (310) 394-0888
10 Facsimile:   (310) 394-0811

11 Attorneys for Plaintiffs
   WILLIAM MULLER and ANTONIO KNEZEVICH,
12 individually and on behalf of all others similarly situated

13 *[Additional Counsel Listed on Signature Page(s)]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UKG INC CYBERSECURITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All actions | Master Docket No. 3:22-00346-SI<br><br><u>CLASS ACTION</u><br><br>**STIPULATION RE TAKING MOTION TO DISMISS OF CALENDAR**<br><br>Date:   November 18, 2022<br>Time:   10:00 a.m.<br>Judge:   Hon. Susan Illston<br>Courtroom:   1 |

| | |
|---|---|
| 1 | WHEREAS, on August 5, 2022, defendant UKG Inc. filed a motion to dismiss pursuant |
| 2 | to Fed. R. Civ. P. 12(b)(6), which noticed the hearing date on the motion for November 18, 2022, |
| 3 | at 10:00 a.m. (*see* Docket Item No. 39); |
| 4 | WHEREAS, on August 17, 2022, September 13, 2022, and September 27, 2022, the |
| 5 | Court entered orders approving of the parties' stipulations regarding the briefing schedule for the |
| 6 | motion, which most recently set the due date for Plaintiffs' opposition to the motion on October |
| 7 | 14, 2022, and the due date for Defendant's reply in support of the motion on November 4, 2022 |
| 8 | (*see* Docket Item No. 48; Docket Item No. 50; Docket Item No. 52); |
| 9 | WHEREAS, the parties agreed to the stipulated briefing schedule and subsequent |
| 10 | modifications in part to accommodate a planned mediation scheduled for September 8, 2022; |
| 11 | WHEREAS, the parties conducted the mediation on September 8, 2022; |
| 12 | WHEREAS, the parties did not reach a settlement agreement on September 8, 2022, but |
| 13 | continued to explore settlement discussions with the aid of the mediator in the weeks following |
| 14 | the mediation; |
| 15 | WHEREAS, the parties have now reached an agreement in principle regarding settlement |
| 16 | and are working to finalize terms and details of the settlement agreement; |
| 17 | WHEREAS, in light of the parties' agreement in principle to settlement, the parties desire |
| 18 | to take off calendar defendant's motion to dismiss and focus their efforts on finalization of the |
| 19 | settlement agreement and a forthcoming motion for preliminary approval; |
| 20 | NOW, THEREFORE, the parties hereby stipulate and agree that: 1) the motion to dismiss |
| 21 | be taken off calendar; 2) that all related dates, including the due dates for any opposition or reply |
| 22 | to the motion, be vacated; 3) that the motion be subject to defendant re-noticing the motion for |
| 23 | hearing as may be appropriate in the event the parties do not finalize the terms of settlement; and |
| 24 | 4) that the Court schedule a status conference regarding the status of settlement for |
| 25 | approximately 60 days after the date of this stipulation. |
| 26 | |
| 27 | |
| 28 | /// |

STIPULATION RE TAKING MOTION TO DISMISS OFF CALENDAR
MASTER DOCKET NO. 3:22-CV-00346-SI

1      IT IS SO STIPULATED.

2  Respectfully Submitted,

Dated: October 11, 2022

**ALEXANDER MORRISON & FEHR LLP**

<u>/s/ Michael S. Morrison</u>
Michael S. Morrison
Erin Lim
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310-394-0888
Fax: (310) 394-0811
mmorrison@amfllp.om
elim@amfllp.com

**WUCETICH KOROVILAS LLP**
<u>/s/ Dimitrios V. Korovilas</u>
Jason M. Wucetich
Dimitrios V. Korovilas
222 N. Pacific Coast Highway Suite 2000
El Segundo, CA 90245
Tel: (310) 335-2001
Fax: (310) 364-5201
jason@wukolaw.com
dimitri@wukolaw.com

*Counsel for Plaintiffs William Muller and Antonio Knezevich*

Dated: October 11, 2022

**LAW OFFICE OF RONALD A. MARRON**

<u>/s/ Ronald A. Marron</u>
Ronald A. Marron
Alexis M. Wood
Kas L. Gallucci
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiff Adam Bente*

---

STIPULATION RE TAKING MOTION TO DISMISS OFF CALENDAR
MASTER DOCKET NO. 3:22-CV-00346-SI

Dated: October 11, 2022

**LEBE LAW**
*/s/ Jonathan M. Lebe*
Jonathan Michael Lebe
Zachary Taylor Gershman
Nicolas W. Tomas
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Tel: (213)444-1973
Fax: (
jon@lebelaw.com
zachary@lebelaw.com
nicolas@lebelaw.com

*Counsel for Plaintiff Cindy J. Villanueva*

Dated: October 11, 2022

**SHOOK, HARDY & BACON LLP**
*/s/ Alfred J. Saikali*

Alfred J. Saikali (admitted *pro hac vice*)
201 South Biscayne Blvd.
Miami, FL 33131
Tel: (305) 358-5171
Fax: (305) 358-7470
asaikali@shb.com

Tammy B. Webb
555 Mission Street
Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
Fax: (415) 391-0281
tbwebb@shb.com

Melissa A. Siebert (admitted *pro hac vice*)
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
masiebert@shb.com

Elisabeth A. Hutchinson (admitted *pro hac vice*)
1600 17th Street, Suite 450
Denver, CO 80202
Tel: (303) 285-5300

STIPULATION RE TAKING MOTION TO DISMISS OFF CALENDAR
MASTER DOCKET NO. 3:22-cv-00346-SI

Fax: (303) 285-5301
ehutchinson@shb.com

*Counsel for Defendant UKG Inc.*

STIPULATION RE TAKING MOTION TO DISMISS OFF CALENDAR
MASTER DOCKET NO. 3:22-CV-00346-SI

1 **PROPOSED ORDER**

The Court, having considered the stipulation and, good cause appearing, hereby orders as follows:

1. Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), previously set for hearing on November 18, 2022, at 10:00 a.m., is taken off calendar.
2. All dates related to the motion to dismiss, including the due date for any opposition and reply, are hereby vacated.
3. The motion to dismiss shall be subject to re-noticing for hearing as may be appropriate in the event the parties do not finalize the terms of settlement.
4. A status conference regarding the status of settlement is hereby scheduled for December ___, 2022. The parties may file a stipulation to vacate the conference in the event the parties file a motion for preliminary approval of settlement prior to the date of the conference.

IT IS SO ORDERED.

Dated: October __, 2022

_____
Hon. Susan Illston
United States District Judge

# **FILER'S ATTESTATION OF CONCURRENCE**

I, Dimitrios V. Korovilas, pursuant to Local Rule 5-1-(i), attest that I am counsel for Plaintiffs William Muller and Antonio Knezevich. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: October 11, 2022                     WUCETICH & KOROVILAS LLP
                                            By: */s/ Dimitrios V. Korovilas*
                                                Dimitrios V. Korovilas