Alfred J. Saikali (admitted *pro hac vice*)
asaikali@shb.com
Tammy B. Webb (SBN 227593)
tbwebb@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Fax: (415) 391-0281

*Attorneys for Defendant UKG Inc.*

[Additional Counsel Listed on Signature Page(s)]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UKG INC CYBERSECURITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All actions | Master Docket No. 3:22-cv-00346-SI <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION TO CONTINUE FILING DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL & [PROPOSED] ORDER** <br><br> New Date: June 2, 2023 <br> Time: 10:00 a.m. <br> Judge: Hon. Susan Illston <br> Courtroom: 1, 17th Floor (via Zoom) |

1    WHEREAS, the parties have agreed to a settlement in principle in this matter (*see* Docket Item No. 53);

2    WHEREAS, on March 7, 2023, the Court indicated the parties should file a motion for preliminary approval of the settlement by Friday, March 24, 2023 (*see* Docket Item No. 65);

3    WHEREAS, the parties continue to coordinate with each other and the settlement administrator to address the remaining issues of an administration and notice plan, which must be finalized before the motion for preliminary approval is filed;

4    NOW, THEREFORE, the parties hereby stipulate and agree that: (1) the motion for preliminary approval shall be filed on or before April 28, 2023, and (2) the motion for preliminary approval shall be heard by the Court on June 2, 2023.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: March 23, 2023

**SHOOK, HARDY & BACON LLP**

*/s/ Tammy B. Webb*
Tammy B. Webb
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
Fax: (415) 391-0281
tbwebb@shb.com

*/s/ Alfred J. Saikali*
Alfred J. Saikali (admitted *pro hac vice*)
201 South Biscayne Blvd.
Miami, FL 33131
Tel: (305) 358-5171
Fax: (305) 358-7470
asaikali@shb.com

Elisabeth A. Hutchinson (admitted *pro hac vice*)
1600 17th Street, Suite 450
Denver, CO 80202
Tel: (303) 285-5300
Fax: (303) 285-5301
ehutchinson@shb.com

*Counsel for Defendant UKG Inc.*

Dated: March 23, 2023

**ALEXANDER MORRISON & FEHR LLP**

/s/ Michael S. Morrison
Michael S. Morrison
Erin Lim
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310-394-0888
Fax: (310) 394-0811
mmorrison@amfllp.om
elim@amfllp.com

**WUCETICH KOROVILAS LLP**
/s/ Dimitrios V. Korovilas
Jason M. Wucetich
Dimitrios V. Korovilas
222 N. Pacific Coast Highway Suite 2000
El Segundo, CA 90245
Tel: (310) 335-2001
Fax: (310) 364-5201
jason@wukolaw.com
dimitri@wukolaw.com

*Counsel for Plaintiffs William Muller and Antonio Knezevich*

Dated:  March 23, 2023

**LAW OFFICES OF RONALD A. MARRON**

/s/ Ronald A. Marron
Ronald A. Marron
Alexis M. Wood
Kas L. Gallucci
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
ron@consumersadvocates.com
alexis@consumersadvocates.com
kas@consumersadvocates.com

*Counsel for Plaintiff Adam Bente*

Dated: March 23, 2023

**LEBE LAW**
<u>/s/ Jonathan M. Lebe</u>
Jonathan Michael Lebe
Zachary Taylor Gershman
Nicolas W. Tomas
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Tel: (213)444-1973
jon@lebelaw.com
zacary@lebelaw.com
nicolas@lebelaw.com

*Counsel for Plaintiff Cindy J. Villanueva*

**~~PROPOSED~~ ORDER**

The Court, having considered the stipulation and, good cause appearing, hereby orders as follows:

1. The Motion for Preliminary Approval of Class Action Settlement Agreement shall be filed on or before April 28, 2023.
2. The hearing on the Motion for Preliminary Approval of Class Action Settlement Agreement shall be June 2, 2023.

IT IS SO ORDERED.

Dated: March 24, 2023

_____
Hon. Susan Illston
United States District Judge

# FILER'S ATTESTATION OF CONCURRENCE

I, Tammy B. Webb, pursuant to Local Rule 5-1-(i), attest that I am counsel for Defendant UKG Inc. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: March 23, 2023

SHOOK, HARDY & BACON, LLP
By: */s/ Tammy B. Webb*
    Tammy B. Webb