# **EXHIBIT 3**

|   |   |
|---|---|
| **Must be postmarked or submitted online NO LATER THAN <mark>XXXXXX</mark>, 2023** | KRONOS PRIVATE CLOUD<br>CLASS ACTION SETTLEMENT<br>c/o KROLL SETTLEMENT ADMINISTRATION<br>P.O. Box ####<br>New York, NY ####<br>www.KronosPrivateCloudSettlement.com |

# Kronos Private Cloud Settlement Claim Form

## SETTLEMENT BENEFITS – WHAT YOU MAY GET

If you were impacted by the cyberattack on the Kronos Private Cloud ("KPC") in December of 2021 (the "December 2021 KPC Cyberattack"), you may submit a claim.

**The easiest way to submit a claim and request electronic payment is online at www.KronosPrivateCloudSettlement.com**, or you can complete and mail this claim form to the mailing address above. **Claim forms must be received on or postmarked by XXXXXX, 2023.**

**You may submit a claim for one or more of these benefits depending on whether you are a Nationwide Class Member, Exfiltration Subclass Member and/or California Subclass Member. A separate claim form must be submitted on behalf of each impacted dependent.**

- **Nationwide Class**: All natural U.S. persons who are current or former employees or contractors, including their dependents, of UKG customers, whose data was stored in the KPC at the time of the December 2021 KPC Cyberattack and who were impacted by the interruption of KPC applications resulting from the December 2021 KPC Cyberattack. Each Nationwide Class Member is eligible to receive compensation for Ordinary Losses (as defined below);

- **Exfiltration Subclass**: All members of the Nationwide Class who were sent notice that their personal data was exfiltrated during the December 2021 KPC Cyberattack and were offered credit monitoring services for themselves or on behalf of their dependents. Each Exfiltration Subclass Member is eligible to receive a payment of $100, plus compensation for Ordinary Losses (as defined below) and Extraordinary Losses (as defined below);

- **California Subclass**: All members of the Nationwide Class who are also California residents at the time of the December 2021 KPC Cyberattack. Each California Subclass Member is eligible to receive an additional payment of $30, plus compensation for Ordinary Losses (as defined below) and Extraordinary Losses (if also an Exfiltration Subclass Member and as defined below).

**Depending on the subclass(es) to which you belong, you may select one or more of the following:**

1. **Compensation for Ordinary Losses (Out-of-Pocket Personal Expenses and Lost Time).** If you spent unreimbursed money or time (not including lost wages) that is fairly traceable to the December 2021 KPC Cyberattack, you can be reimbursed up to $1,000 (including any claim for lost time at $25/hour).

a. *Out-of-Pocket Expenses* include, but are not limited to, long-distance phone charges, cell phone charges (only if charged by the minute), data charges (only if charged based on the amount of data used), bank fees (documented), credit monitoring (documented), or late fees (documented), all of which must be more likely than not caused by and fairly traceable to the December 2021 KPC Cyberattack and subsequent interruption of applications hosted in the KPC and supported by documentation if necessary and a sworn attestation that substantiates the full extent of the amount claimed.

b. *Lost time*: Up to four hours of lost personal time responding to issues resulting from the December 2021 KPC Cyberattack, including responding to interruption of applications hosted in the KPC, that has not been previously reimbursed by a third party.

2. **Compensation for Extraordinary Losses.** Exfiltration Subclass Members who experienced actual, documented, and unreimbursed monetary losses associated with fraud or identity theft that were more likely than not caused by and fairly traceable to the December 2021 KPC Cyberattack, and not already covered by the compensation for Ordinary Losses above, can be reimbursed up to $7,500.

3. **Additional Compensation for Exfiltration and California Subclass Members**: Members of the Exfiltration Subclass are eligible to receive an additional payment of $100. Members of the California Subclass are eligible to receive an additional payment of $30.

If you are eligible for a cash benefit, and you would like to receive your payment electronically (PayPal, Zelle, eMastercard, Venmo, ACH), please go to www.KronosPrivateCloudSettlement.com to file a claim.

*Please note: the Settlement Administrator may contact you to request additional documents needed to process your claim.*

***Your cash benefit may decrease or increase depending on the number and amount of claims submitted***.

For more information and complete instructions visit **www.KronosPrivateCloudSettlement.com**.

**Please note that Settlement benefits will be distributed only after the Settlement is approved by the Court as final and any pending objections or appeals are resolved.**

## Your Information

*We will use this information to contact you and/or process your claim. It will not be used for any other purpose. If any of the following information changes, you must promptly notify us by contacting us via the Settlement Website, www.KronosPrivateCloudSettlement.com.*

| 1. NAME (REQUIRED) | _____ ____ _____ <br> First                                  Mi    Last |

&lt;&lt;refnum&gt;&gt;                                                                                                         Page **2** of **7**

| | |
|---|---|
| **2. ALTERNATIVE NAME(S) (IF ANY):** | _____  ____  _____<br>First                                                      Mi       Last |
| **3. CURRENT MAILING ADDRESS (REQUIRED):** | Address 1<br><br>Address 2 (optional)<br><br>_____  ___ ___   ___ ___ ___ ___ ___<br>City                                                                      State             Zip |
| **4. CURRENT PHONE NUMBER:** | ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___ |
| **5. EMAIL ADDRESS: (REQUIRED)** | _____@_____ |
| **6. NAME OF EMPLOYER DURING DECEMBER 2021 KPC CYBERATTACK (REQUIRED)** | _____ |

## Cash Payments for Exfiltration and California Subclass Members

**Exfiltration Subclass Members Only:** Check the box below if you were sent notice from UKG that your and/or your dependent's personal data was exfiltrated during the December 2021 KPC Cyberattack and were offered credit monitoring services. If you received a notice of this Settlement directly by mail identifying you and/or your dependent as an Exfiltration Subclass Member, you are likely a member of this class and entitled to the additional cash benefit.

☐ I believe I am entitled to the additional $100 cash benefit as an Exfiltration Subclass Member and certify that I was employed by _____ during the time of the December 2021 KPC Cyberattack.

**Unique Class Member ID** (found on the front of your direct notice, if you received one):_____

☐ I believe I am entitled to the additional $100 cash benefit on behalf of my dependent, who is an Exfiltration Subclass Member and certify that my dependent's information was stored in the KPC during the time of the December 2021 KPC Cyberattack.

**Unique Class Member ID** (found on the front of your direct notice, if you received one):_____

**California Subclass Members Only:** Check the box below if you were a California resident at the time of the December 2021 KPC Cyberattack.

☐ I believe I am entitled to the additional $30 cash benefit as a California Subclass Member and certify that I resided in California in December of 2021, at the following address:

_____
Address

_____
Address 2

_____  ____ ____  ____ ____ ____ ____ ____
City                                                                                State                    Zip

## Payment for Unreimbursed Ordinary Losses

If you spent money or time as a result of the December 2021 KPC Cyberattack that has not been previously reimbursed by a third party, then you can submit a claim for reimbursement of up to $1,000 for out-of-pocket personal expenses and lost time.

### Payment for Out-of-Pocket Expenses

Unreimbursed out-of-pocket expenses more likely than not caused by and fairly traceable to the December 2021 KPC Cyberattack and subsequent interruption of applications hosted in the KPC that are eligible for reimbursement include, but are not limited to, the following:

- Long distance phone charges;
- Cell phone charges (only if charged by the minute);

- Data charges (only if charged based on the amount of data used);
- Bank fees (documented);
- Credit monitoring (documented); and
- Late fees (documented);

To be reimbursed, it is important for you to attach documents to this Claim Form that show what happened and how much you lost or spent.

The Settlement Administrator will decide if your claim for Out-of-Pocket Expenses is valid. Only valid claims will be paid.

| Loss Type | Date (if known) | Amount | Description of Loss or Expense (Identify how the loss or expense is related to the December 2021 KPC Cyberattack.) | Supporting Documents (Describe what you are attaching.) |
|---|---|---|---|---|
| Bank fees or late fees charged | __ / __ / _____ | $_____ | | |
| Credit monitoring or other identity theft protection services *(N/A to Exfiltration Class Members)* | __ / __ / _____ | $_____ | | |
| Long distance phone charges, cell phone charges (only if charged by the minute) and data charges (only if charged by the amount of data used) | __ / __ / _____ | $_____ | | (You do not need to submit documentation for these losses.) |

<<refnum>>                                                                                       Pag **5** of **7**

| Other Ordinary Losses resulting from the December 2021 Cyberattack | | | | |
|---|---|---|---|---|
| | __ / __ / _____ | $_____ | | |

## Payment for Lost Time

If you spent personal time responding to issues resulting from the December 2021 KPC Cyberattack that has not been previously reimbursed by a third party, including time spent responding to interruption of applications hosted in the KPC, you may claim up to four hours of lost personal time at $25/hour, which may include, but is not limited to, time spent: (i) dealing with impacts from delayed payments(s); (ii) dealing with interruption of access to information stored in the KPC; (iii) taking preventative measures (for example, time spent reviewing your accounts, placing or removing security freezes on your credit report, or purchasing credit monitoring or identity protection); or (iv) if you are a member of the Exfiltration Subclass, remedying fraud, identity theft, or other alleged misuse of your personal information resulting from the December 2021 KPC Cyberattack. Lost or unreimbursed wages are not lost personal time.

**Number of Hours Claimed (round to the nearest hour, up to 4 hours allowed): _____**

☐ **I attest and affirm that I have spent the number of hours of personal time claimed above responding to issues resulting from the December 2021 KPC Cyberattack that has not be previously reimbursed.**

## Payment for Unreimbursed Extraordinary Losses

If you are a member of the Exfiltration Subclass and lost or spent money trying to recover from fraud or identity theft resulting from the December 2021 KPC Cyberattack and have not been reimbursed for that money, you can receive reimbursement for up to $7,500.

Monetary losses for Extraordinary Losses resulting from the December 2021 KPC Cyberattack that are eligible for reimbursement may include, without limitation, the following:

• Unreimbursed costs, expenses, losses or charges you paid on or after December 2021, because of identity theft or identity fraud, falsified tax returns, or other alleged misuse of your personal information;

• Professional fees incurred in connection with addressing identity theft, fraud, or falsified tax returns.

To make a claim for Extraordinary Losses you must have made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring services and identity theft insurance. Documents showing your Extraordinary Losses can be submitted via mail or online.

You must check this box to receive payment for reimbursement of Extraordinary Losses:

☐ I made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring services and identity theft insurance.

The Settlement Administrator will decide if your claim for Extraordinary Losses is valid. Only valid claims will be paid.

| Loss Type and | Date (if known) | Amount | Description of Loss or Expense (Identify how the loss or expense results from the December 2021 Cyberattack.) | Supporting Documents (Describe what you are attaching.) |
|---|---|---|---|---|
| Lost money due to identity theft, fraud, or misuse of your personal information resulting from the December 2021 KPC Cyberattack. | ___ / ___ / _____ | $_____ | | *Examples: Account statement with unauthorized charges highlighted; police reports; IRS documents; FTC Identity Theft Reports; letters refusing to refund fraudulent charges* |
| Payments to professionals to help address potential harm resulting from the December 2021 KPC Cyberattack | ___ / ___ / _____ | $_____ | | *Examples: Receipts, bills, and invoices from accountants, lawyers, or other professionals* |
| Other Extraordinary Losses resulting from the December 2021 KPC Cyberattack | ___ / ___ / _____ | $_____ . ___ | | |

# Signature

I affirm under the laws of the United States that the information I have supplied in this claim form and any copies of documents that I am sending to support my claim are true and correct to the best of my knowledge.

I understand that I may be asked to provide more information by the Settlement Administrator before my claim is complete.

**By signing below, I understand that my cash benefit may decrease or increase depending on the number and amount of claims filed.**

| Signature: | Dated: ___ ___ / ___ ___ / ___ ___ ___ ___ |
|---|---|
| **Print Name:** | |