**EXHIBIT 4**

*Kronos Private Cloud Settlement*
c/o Kroll Settlement Administration LLC
P.O. Box #####
New York, NY 10150-####

FIRST CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

Unique Class Member ID:
<<RefNum>>

**Court Approved Legal Notice**
*In re UKG Inc. Cybersecurity Litigation,* **Master Dkt. No. 3:22-cv-00346-SI**

**If You Were Impacted By The December 2021 Cyberattack On The Kronos Private Cloud ("KPC"), You May Be Eligible For Benefits From A Class Action Settlement**

*A federal court has authorized this Notice. This is not a solicitation from a lawyer.*

*Para ver la notificación en español, visite nuestro sitio web.*

Postal Service: Please do not mark barcode
<<Refnum Barcode>>

Unique Class Member ID: <<Refnum>>

<<Name1>>
<<Name2>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>
<<Country>>

A Class-action Settlement is proposed in a lawsuit against UKG, Inc. (with Kronos Incorporated, "UKG") relating to a cyberattack on the Kronos Private Cloud ("KPC") in December of 2021 (the "December 2021 KPC Cyberattack"). UKG denies any wrongdoing and no judgment or determination of wrongdoing has been made.

**Who is Included?** Records indicate you are included in this Settlement as an Exfiltration Subclass Member, meaning you were previously sent notice that some of your and/or your dependent's personal information was exfiltrated during the December 2021 KPC Cyberattack and offered credit monitoring services.

**What does the Settlement Provide?** UKG will pay $5,500,000 into a Settlement Fund, which may be supplemented by up to $500,000 should the Approved Claims exhaust the initial funding (after the deduction of Settlement Administration Expenses, Attorney Fee Award and Litigation Costs, and, Service Awards). The Settlement Fund will be used to pay up to $1,000 for reimbursement of Ordinary Losses, up to $7,500 for reimbursement of Extraordinary Losses (if applicable) and additional payments of $100 and/or $30 to Exfiltration and/or California Subclass Members, respectively. All cash payments may be adjusted *pro rata* depending on the number of Approved Claims.

**How To Get Benefits:** You must submit a Claim Form, including any required documentation. The deadline to file a Claim Form is **XXXXX, 2023**. You can easily file a claim online at wwwKronosPrivateCloudSettlement.com. You can also get a paper Claim Form at the website or by calling toll free 1-XXX-XXX-XXXX, and file by mail. **When filing your claim as an Exfiltration Subclass Member, use your and/or your dependent's unique Class Member ID (printed on the front of this Notice).**

**Your Other Options**. If you file a Claim Form, object to the Settlement and Attorneys' fees and expenses, or do nothing, you are choosing to stay in the Settlement class. You will be legally bound by all orders of the Court and you will be releasing all of your legal claims against UKG relating to the December 2021 KPC Cyberattack as defined in the Settlement Agreement. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by **XXXX, 2023**. If you do not exclude yourself, you may object to the Settlement and Attorneys' fees and expenses by **XXXX, 2023**. The Court has scheduled a hearing in this case for **XXXX, 2023**, to consider whether to approve the Settlement, Attorneys' fees of up to one-third of the Settlement Fund plus costs and expenses, Service Awards of up to $7,500 for the Class Representatives, as well as any objections. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. The Motion for Attorneys' Fees and Expenses will be posted on the website after it is filed. For

complete information about all of your rights and options, as well as Claim Forms, the long-form Notice and Settlement Agreement, visit www.KronosPrivateCloudSettlement.com, or call 1-XXX-XXX-XXXX.