**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-4665

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UKG INC CYBERSECURITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions. | Case No. 3:22-cv-00346-SI<br><br>**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC REGARDING CLASS ACTION FAIRNESS ACT NOTICE**<br><br>Judge: Hon. Susan Illston |

I, Scott M. Fenwick, declare as follows:

1.     I am a Senior Director of Kroll Settlement Administration LLC ("Kroll")[1] the proposed Settlement Administrator in the above-captioned matter.  Kroll's principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103.  I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself.  The following statements are based on my personal knowledge and information provided by other experienced Kroll employees

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in that certain Settlement Agreement and Release (the "Settlement Agreement").

working under my general supervision.  This declaration is being filed to denote compliance with certain requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1711, *et seq.* ("CAFA").

2.      Kroll has over fifty (50) years of experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, labor and employment, consumer, and government enforcement matters.  Kroll has provided notification and/or claims administration services in more than 3,000 cases.

3.      As previously set forth in the *Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Preliminary Approval*, filed with the Court on April 28, 2023, Kroll was engaged to serve as the proposed Settlement Administrator in connection with the Settlement Agreement entered into in the Action.  Among other things, Kroll's duties include preparing and sending notice of the proposed settlement pursuant to CAFA, 28 U.S.C. §1715(b) (the "CAFA Notice").

4.      At Defendant's Counsel's direction, on May 8, 2023, Kroll sent the CAFA Notice, a true and correct copy of which is attached hereto as **Exhibit A,** via First-Class Certified Mail to (i) the Attorney General of the United States and (ii) to fifty-six (56) state and territorial Attorneys General identified on the service list for the CAFA Notice, attached hereto as **Exhibit B**.  The CAFA Notice directed the recipients to the website www.CAFANotice.com, a site that contains all the documents relating to the Settlement referenced in the CAFA Notice.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on May 12, 2023, in Woodbury, Minnesota.

SCOTT M. FENWICK

# Exhibit A



Alfred J. Saikali

Citigroup Center
201 S. Biscayne Blvd., Suite 3200
Miami, Florida 33131
**t** 305.358.5171
**d** 305.960.6923
**f** 305.358.7470
asaikali@shb.com

<u>VIA U.S. MAIL</u>

Date:   May 8, 2023

To:    All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
      (*see attached service list*)

Re:    <u>CAFA notice for the proposed Settlement in *In re UKG Inc. Cybersecurity*</u>
      <u>*Litigation*, Case No. 3:22-cv-00346-SI, pending in the United States</u>
      <u>District Court, Northern District of California</u>

      Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28
U.S.C. § 1715, Defendant UKG Inc. or "Defendant" hereby notifies you of the proposed
settlement of the above-captioned action (the "Action"), currently pending in the United
States District Court, Northern District of California (the "Court").

      Eight items must be provided to you in connection with any proposed class action
settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and
all exhibits are available for download at www.CAFANotice.com under the folder entitled
*In re UKG Inc. Cyber Security Litigation*:

1.    <u>28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed</u>
      <u>with the complaint and any amended complaints</u>.

      The Initial Complaint and the operative Consolidated Complaint are
      available as **Exhibits A1** and **A2**, respectively.

2.    <u>28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the</u>
      <u>class action</u>.

      On April 28, 2023, Plaintiffs filed a motion for preliminary approval of the
      class action settlement. The hearing on the motion for preliminary approval
      is scheduled for June 2, 2023 at 10:00 a.m., in the San Francisco Courthouse
      of the Northern District of California, Courtroom 1, 17th Floor, located at
      450 Golden Gate Avenue, San Francisco, CA 94102, and presently may be
      attended to by Zoom. The Court has not yet scheduled the Final Approval



May 7, 2023
Page 2

Hearing for this matter. The proposed Preliminary Approval Order is available as **Exhibit B**.

3.  28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

    Copies of the proposed long form notice, postcard notice, and Claim Form will be provided to Settlement Class Members in accordance with the Settlement Agreement and will be available on the Settlement Website created for the administration of this matter. These are available as **Exhibits C**, **D**, and **E**, respectively. The Notices describe, among other things, the claim submission process and the Settlement Class Members' rights to object or exclude themselves from the class.

4.  28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

    The Settlement Agreement is available as **Exhibit F**.

5.  28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between Class Counsel and Defendant's Counsel.

    There are no other settlements or other agreements between Class Counsel and counsel for Defendant beyond what is set forth in the Settlement Agreement.

6.  28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.

    The Court has not yet entered a final judgment or notice of dismissal. Accordingly, no such document is presently available.

7.  28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of Settlement Class Members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

    The settlement class in the proposed Settlement Agreement consists of the following subclasses:

    a.  Nationwide Class: All natural U.S. persons who are current or former employees or contractors, including their dependents, of UKG customers, whose data was stored in the KPC at the time of the December 2021 KPC Cyberattack and who were impacted by the



May 7, 2023
Page 3

     interruption of KPC applications resulting from the December 2021 KPC Cyberattack.

b. California Subclass: All members of the Nationwide Class who are also California residents at the time of the December 2021 KPC Cyberattack.

c. Exfiltration Subclass: All members of the Nationwide Class who were sent notice that their personal data was exfiltrated during the December 2021 KPC Cyberattack and were offered credit monitoring services for themselves or on behalf of their dependents.

The complete list and counts by state of Settlement Class Members is not known.

8.     <u>28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6)</u>.

There has been no written judicial opinion. Accordingly, no such document is presently available.

    If you have any questions about this notice, the Action, or the materials available for download at www.CAFANotice.com under the folder entitled *In re UKG Inc. Cybersecurity Litigation*, please contact the me directly.


Respectfully submitted,

Alfred Saikali
Chair, Privacy & Data Security Practice
Shook, Hardy & Bacon, LLP
(305) 960-6923
ASAIKALI@shb.com

# Exhibit B



May 7, 2023
Page 4

## CAFA NOTICE SERVICE LIST

**U.S. Attorney General**
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building, Utulei
Territory of American Samoa
Pago Pago, AS 96799

**Arizona Attorney General**
Kristin Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
Ashley Moody
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

SHOOK
HARDY & BACON

May 7, 2023
Page 5

**Hawaii Attorney General**
Anne Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Daniel Cameron
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Jeff Landry
P.O. Box 94095
Baton Rouge, LA 70804

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Andrea Campbell
1 Ashburton Place
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
75 Dr. Martin Luther King, Jr. Blvd.
Suite 102, State Capital
St. Paul, MN 55155

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
100 N. Carson St.
Old Supreme Ct. Bldg.
Carson City, NV 89701

**New Hampshire Attorney General**
John Formella
33 Capitol St.
Concord, NH 03301

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508
Santa Fe, NM 87504

**New York Attorney General**
Letitia A. James
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224

**North Carolina Attorney General**
Josh Stein
Department of Justice
P.O. Box 629
Raleigh, NC 27602

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Michelle Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Domingo Emanuelli Hernandez
P.O. Box 9020192
San Juan, PR 00902



May 7, 2023
Page 7

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
425 5th Avenue North
Nashville, TN 37243

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Carol Thomas- Jacobs
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Sean Reyes
State Capitol, Rm. 236
Salt Lake City, UT 84114

**Vermont Attorney General**
Charity Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
Patrick Morrisey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
State Capitol Bldg.
109 State Capitol
Cheyenne, WY 82002