**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UKG INC CYBERSECURITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions. | Case No.: 3:22-cv-00346-SI<br><br>**DECLARATION OF KAS L. GALLUCCI IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: November 17, 2023<br>Time: 10:00 a.m.<br>Dept.: Courtroom 1, 17th Floor<br>Judge: Honorable Susan Illston |

I, Kas L. Gallucci, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am counsel of record for Plaintiff Adam Bente. I, along with my colleuage Alexis M. Wood, and my co-counsel at Wucetich & Korovilas LLP, Alexander Morrison + Fehr LLP, and Lebe Law APLC, represent Plaintiffs William Muller, Antonio Knezevich, Adam Bente, and Cindy Villanueva (collectively "Plaintiffs"). I am an attorney at law licensed to practice in the State of California, and I am a member of the bar in this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.  I submit this supplemental declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement.

**UPDATED INFORMATION RE: WORK PERFORMED AND LODESTAR**

3.  Since the filing of the Motion for Attorneys' Fees on August 14, 2023, I and my colleague Alexis M. Wood have performed additional work on this case. This work has consisted of: (1) reviewing and responding to emails form the Settlement Administrator and counsel for the parties regarding notice efforts and responses from class members; (2) participating in phone calls and email exchanges with the Settlement Administrator and counsel to discuss ways to increase class member participation in the Settlement; (3) negotiating, drafting, reviewing and approving the language in reminder notices which were sent to the Exfiltration Subclass Members and known Settlement Class Members; (4) confirming the accuracy of the Settlement Website, (5) communicating directly with Settlement Class Members via both telephone and email communications; (6) working with the Settlement Administrator on the claims review process; and (7) working on the final approval motion.

4.  Alexis Wood and I have been actively involved in overseeing the notice and claims review process to maximize participation in the Settlement, and have not duplicated work.

-2-

*In re UKG Cybersecurity Litigation*, No. 3:22-CV-00346-SI
DECLARATION OF KAS L. GALLUCCI IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

5. As of the filing of this declaration, my firm's updated lodestar is as follows:

| Timekeeper | Position | Year | Rate Requested | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Alexis M. Wood | Senior Associate | 2010 | $645.00 | 346.8 (additional 21.4 hours) | $223,686.00 |
| Kas L. Gallucci | Senior Associate | 2013 | $605.00 | 305 (additional 32.5 hours) | $184,525.00 |
| | | | | **TOTAL:** | **$408,211.00** |

6. Between now and the final approval hearing, we expect to incur an additional 5-10 hours each of work overseeing the claims review process and deficiency/cure process, preparing updated declarations for final approval and preparing for the hearing.

7. As of the date of this filing, my firm has incurred an additional $30 in expenses for Deadlines.com fees. Thus, at present my firm's total expenses are: $7,518.73.

I declare under penalty of perjury that the above and foregoing is true and accurate. Executed this 17th day of October, 2023, at San Diego CA.

*/s/ Kas L. Gallucci*
Kas L. Gallucci