**AW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Proposed Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE UKG INC CYBERSECURITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions. | Case No. 3:22-cv-00346-SI<br><br>**DECLARATION OF JEANNE C. FINEGAN, APR OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONECTION WITH IMPLEMENTATION OF NOTICE PLAN AND CLAIMS REVIEW PROCESS**<br><br>Judge: Hon. Susan Illston |

I, Jeanne C. Finegan, declare as follows:

## **INTRODUCTION**

1.     I am the Managing Director and Head of Kroll Notice Media Solutions ("Kroll Media"),[1] a business unit of Kroll Settlement Administration LLC ("Kroll"), the Settlement Administrator appointed in the above-captioned case. This declaration is based upon my personal knowledge as well as information provided to me by my associates and staff, including information reasonably relied upon in the fields of advertising media and communications.

2.     Kroll was appointed as the Settlement Administrator to, among other tasks, develop and implement a notice plan (the "Notice Plan") pursuant to that certain Settlement Agreement and Release (the "Settlement Agreement") entered into in connection with this Action.

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Settlement Agreement (as defined below).

3.     This declaration provides a report concerning the successful implementation of the Notice Plan, as previously detailed in the *Declaration of Jeanne C. Finegan, APR of Kroll Settlement Administration LLC in Connection with Preliminary Approval*, filed on April 28, 2023. The Notice Plan commenced on July 3, 2023, and was substantially completed by August 18, 2023.

4.     This declaration also supplements the *Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on August 14, 2023 (the "Fenwick Declaration"), in order to provide updated information to the Court regarding the direct notice program, as well as the number of Claim Forms, requests for exclusion and objections received by Kroll. The Fenwick Declaration is incorporated herein by reference in its entirety.

5.     The Notice Plan employed best-in-class tools, technology and optimizations to ultimately reach[2] an estimated 77% of potential Settlement Class Members (*i.e.,* adults 18 to 64

---

[2] **Measurement of Reach.** Reach and Frequency are companion metrics. Net reach measures the number of unduplicated people exposed to a advertisement, and frequency is a report of the number of exposures or opportunities to see a message.  In advertising, this is commonly referred to as a "Reach and Frequency" analysis, where "Reach" refers to the estimated percentage of the unduplicated audience exposed to the campaign, and "Frequency" refers to how many times, on average, the target audience had the opportunity to see the message.  The calculations are used by advertising and communications firms worldwide and have been embraced by Courts as a critical element to help provide the basis for determining the adequacy of notice. The calculation of reach and frequency is verified by sophisticated media software that cross references which media is being purchased with the media use and preference of a specific target audience. These software tools include MRI-Simmons, which provides demographic, brand preference and media-use habits, and captures in-depth information on consumer media choices, attitudes, and consumption of products. MRI-Simmons Survey of the American Consumer® is the country's largest consumer database, reporting on consumption of over 6,500 products and services in nearly 600 categories. Relatedly, Comscore, provides proprietary digital audience measurement methodology and allows marketers to calculate audience reach in a manner not affected by variables such as cookie deletion and cookie blocking/rejection, multiple IP addresses or multiple devices.  Comscore data is derived from the opt-in installation of tracking software on over 2 million consumer devices, including desktop computers, laptops, smartphones, and tablets. The tracking software collects data on the panelist's online behavior, including websites visited, apps used, and search queries entered.

years of age who have an annual income less than $100,000 per year) on average an estimated 1.6 times. In total, the Notice Plan served over 306,245,900 impressions.

## SUMMARY OF THE NOTICE PLAN

6.     The Notice Plan included the following components, as described in more detail below:

- Direct mail to identified Exfiltration Subclass Members;

- Direct email to identified Nationwide Class Members whose employers voluntarily participated in the Email Notice;

- Social media advertising on Facebook, Instagram and YouTube;

- Digital advertising on LinkedIn targeted to employees of KPC customers;

- Google Search advertising;

- CAFA Notice to applicable government officials (as stated in the Fenwick Declaration);

- A neutral, informational Settlement Website with the Long Form and Claim Form in both English and Spanish (as stated in the Fenwick Declaration); and

- A toll-free information telephone line with both English and Spanish Interactive Voice Response ("IVR") scripts.

## DIRECT MAIL NOTICE

7.     As stated in the Fenwick Declaration, on July 3, 2023, Kroll caused 19,852 postcard Notices to be mailed via first-class mail to members of the Exfiltration Subclass.

8.     As of October 17, 2023, seventy-seven (77) postcard Notices were returned by the USPS with a forwarding address. Sixty-six (66) postcard Notices were automatically re-mailed to the updated addresses provided by the USPS. The remaining eleven (11) postcard Notices were re-mailed by Kroll to the updated addresses provided by the USPS.

9.     As October 17, 2023, 1,343 postcard Notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran 1,343 undeliverable records

through an advanced address search. The advanced address search produced 1,085 updated addresses. Kroll has re-mailed postcard Notices to the 1,085 updated addresses obtained from the advanced address search. Of the 1,085 re-mailed postcard Notices, 121 have been returned as undeliverable a second time.

10.    Of the approximately 19,852 members of the Exfiltration Subclass to whom postcard Notices were mailed, Kroll has reason to believe that 19,473 Exfiltration Subclass members received direct postcard Notice, which equates to a reach rate of approximately 98.1% of the Exfiltration Subclass. Stated differently, 379 members of the Exfiltration Subclass did not receive the postcard Notice.

11.    At the direction of Counsel, on September 22, 2023, Kroll caused 19,109 reminder postcard Notices to be sent by first-class mail to all Exfiltration Subclass Members whose mailing address Kroll had not yet determined to be undeliverable and who had not yet filed a Claim Form. A true and correct copy of the reminder letter Notice is attached hereto as **Exhibit A**. Of the 19,109 Exfiltration Subclass Members who were sent the email reminder Notice, 546 have submitted Claim Forms.

12.    The cost to transmit the reminder postcard Notices to members of the Exfiltration Subclass was $9,014.92, which is included in the Settlement Administration Expenses total set forth below.

## **DIRECT EMAIL NOTICE**

13.    As stated in the Fenwick Declaration, on August 7, 2023, Kroll caused the email Notice to be sent to the 40,066 email addresses for Nationwide Class Members as provided to Kroll by UKG's customers participating in the voluntary Email Notice. Of the 40,066 emails attempted for delivery, 10,074 emails were rejected/bounced back as undeliverable.

14.    At the direction of Counsel, on September 21, 2023, Kroll caused the email Notice to be sent to 3,892 additional email addresses provided by an additional UKG customer participating in the voluntary Email Notice.

15.     At the direction of Counsel, on September 26, 2023, Kroll caused an email reminder Notice to be sent to 29,942 email addresses belonging to Settlement Class Members described in paragraph 13 above (i) who had not unsubscribed from future emails, (ii) whose email address had not been determined to be undeliverable, and (iii) who had not yet filed a Claim Form. A true and correct copy of the email reminder Notice sent to such Settlement Class Members who had not filed a Claim Form is attached hereto as **Exhibit B**. Of the 29,942 Settlement Class Members who were sent the email reminder Notice, 1,012 have submitted Claim Forms.

16.     The cost to transmit the email reminder Notice in Exhibit B was $1,150.00, which is included in the Settlement Administration Expenses total set forth below.

## **SUPPLEMENTAL EMAIL REMINDER NOTICE FOR WEBSITE REGISTRANTS**

17.     As part of the claims filing process, Settlement Class Members were required to register their name, address and email in order to obtain a unique claim ID ("registrants").

18.     At the direction of Counsel, on September 22, 2023, Kroll caused an email reminder Notice to be sent to 20,354 email addresses belonging to registrants from the Settlement Website who had not yet submitted a claim. A true and correct copy of the email reminder Notice sent to such Settlement Class Members who had not filed a Claim Form is attached hereto as **Exhibit C**. Of the 20,354 Settlement Class Members who were sent the email reminder Notice, 1,693 have submitted Claim Forms.

19.     The cost to transmit the email reminder Notice in Exhibit C was $1,650.00, which is included in the Settlement Administration Expenses total set forth below.

## **SOCIAL MEDIA AND DIGITAL ADVERTISING**

20.     Social ads on Facebook and Instagram appeared in the Newsfeeds and Stories sections.[3]  Impressions were targeted to U.S. adults between the age of 18 to 64 who have an

---

[3] Newsfeeds are where Facebook and Instagram users look for information about friends, family, news and brand information. Stories are brief, immersive, thoughts or moments shared by a user and appear at the top of a user's Newsfeed.

annual income of less than $100,000 per year.  Ads were served in English and Spanish, based on the individual's device language setting.

21.      On YouTube, banner ads were targeted to adults between the ages of 18 to 64.

22.      On LinkedIn, ads were targeted to a custom list of individuals who identify in their profiles that they are currently or formerly employed at KPC customer companies. These profiles included nurses, and targeting was not income limited.

23.      Attached hereto as **Exhibit D** are copies of the social media ads.

## GOOGLE SEARCH AND KEY WORD ADVERTISING

24.      Kroll Media utilized keyword search advertisements on Google. When searching for specific keywords or phrases related to the Settlement, a sponsored ad link appeared, providing brief information about the Settlement and directed the user to the Settlement Website for more information. Such search terms and topics included *payroll data breach*, *payroll systems*, *employment data breach*, *UKG class action*, *UKG Kronos Settlement* and other similar terms.

## SETTLEMENT WEBSITE

25.      As stated in the Fenwick Declaration, on May 1, 2023, Kroll created a dedicated Settlement Website entitled www.kronosprivatecloudsettlement.com. As of October 17, 2023, there have been over 385,000 unique visitors to the website.

## TOLL FREE INFORMATION TELEPHONE LINE

26.      As stated in the Fenwick Declaration, on May 24, 2023, Kroll established a toll-free telephone number, 1-833-747-6267, for Settlement Class Members to call and obtain additional information regarding the Settlement through an IVR system. The IVR is available in both English and Spanish. As of October 17, 2023, the IVR system has received 1,516 calls, totaling 5,028 minutes.

## EXCLUIONS AND OBJECTIONS

27.      The Objection/Exclusion Deadline was September 18, 2023.

28.      Kroll has received three (3) timely exclusion requests and one (1) late exclusion request, which was postmarked on October 3, 2023. A list of the exclusions received is attached

hereto as **Exhibit E**. Settlement Class Members were not instructed to submit their objection to the Settlement Administrator, and none have been received by Kroll.

## CLAIM FORMS AND REVIEW PROCESS

29.     The Claims Deadline was October 3, 2023.

30.     As of October 17, 2023, Kroll has initially determined that 21,047 Claim Forms are valid and worth approximately $1,879,440, representing 1,036 claims for identified Exfiltration Subclass Class and 19,122 claims for the Nationwide Class. Currently, the approved claims rate for the Exfiltration Subclass is 5.2%. Kroll is still in the process of reviewing and validating Claim Forms it has received, and the number of valid claims that will receive a benefit remains subject to change until such review is complete.  Kroll will undertake a cure process for all deficient claims pursuant to paragraph 65 of the Settlement Agreement.  Kroll has received eleven (11) late Claim Forms through the mail with a postmark date after October 3, 2023.

31.     Kroll will provide a supplemental declaration on the status of the claim validation process, including the number of valid and approved Claim Forms and the value of those claims, no later than November 14, 2023.

## SETTLEMENT ADMINISTRATION EXPENSES

32.     Through October 17, 2023, Kroll has incurred a total of $836,000.15 in Settlement Administration Expenses. Kroll will provide an updated amount for Settlement Administration Expenses no later than November 14, 2023.

## CONCLUSION

33.     In my opinion, the Notice Plan reflects a particularly appropriate, highly targeted, and contemporary way to provided notice to Settlement Class Members. Further, in my opinion, the efforts undertaken in this Notice Plan are of the highest modern communication standards, are reasonably calculated to provide notice, and are consistent with best-practicable, court-approved notice programs in similar matters and the Federal Judicial Center's guidelines concerning appropriate reach.

## <u>CERTIFICATION</u>

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 17, 2023, in Tigard, Oregon.

Jeanne C. Finegan

# Exhibit A

Kronos Private Cloud Settlement
c/o Kroll Settlement Administration
P.O. Box 225391
New York, NY 10150-5391

FIRST CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

## **SECOND NOTICE**

**Records indicate that a Cyberattack on the Kronos Private Cloud, an application used for timekeeping, may have affected you and you may be eligible for benefits from a Settlement.**

### **DEADLINE REMINDER**

**October 3, 2023 is the deadline to file a claim.**

Postal Service: Please do not mark barcode
<<Barcode>>
Unique Class Member ID: <<Refnum>>

<<FirstName>> <<LastName>>
<<BusinessName>>
<<Address>>
<<Address2>>
<<City>>, <<STATE>> <<Zip>>-<<zip4>>
<<Country>>

**Time is running out to file a claim for Settlement benefits.**
**The deadline is October 3, 2023.**

**You are receiving this notice because records indicate that you may be included in a proposed class action settlement**.

You have already received a notice about the Settlement. This is a reminder letting you know that time is running out to file a claim for benefits from this Settlement. **The deadline to file a claim is October 3, 2023**. Please submit your claim for benefits today!

**Who is Included?**  Records indicate you are included in this Settlement as an Exfiltration Subclass Member, meaning you were previously sent notice that some of your and/or your dependent's personal information was exfiltrated during the December 2021 KPC Cyberattack and offered credit monitoring services.

**What benefits does the Settlement provide?**  The Settlement provides $5,500,000, with a potential of an additional $500,000, as needed to pay Claims. The Settlement Fund will be used to pay **up to $1,000** for reimbursement of Ordinary Losses, **up to $7,500** for reimbursement of Extraordinary Losses (if applicable) and additional payments of **$100** and/or **$30** to Exfiltration and/or California Subclass Members, respectively. All cash payments may be adjusted pro rata depending on the number of Approved Claims.

**What Do I Need to Do?**  You must submit a Claim Form **by October 3, 2023** to be eligible to get money from the Settlement. Claims must include any required documentation. Document requirements are available at **KronosPrivateCloudSettlement.com.**

**How do I file a Claim?**

- The fastest and easiest way to file a claim is to submit it online at **KronosPrivateCloudSettlement.com**.

- You can also download and print a Claim Form and send it by mail to:

    Kronos Private Cloud Settlement
    c/o Kroll Settlement Administration
    PO Box 225391, New York, NY 10150-5391

- You can also request that a Claim Form be sent to you by calling the Settlement Administrator at **1-833-747-6267 (toll free)**.

- **When filing your claim as an Exfiltration Subclass Member, use your and/or your dependent's Unique Class Member ID (printed on the front of this Notice).**

**What happens if I do not submit a Claim?**  If you do not submit a Claim by October 3, 2023 and you did not exclude yourself by the September 18, 2023 exclusion deadline, then  you will receive no compensation and you will be legally bound by the Settlement.

The Court has scheduled a hearing in this case for **November 17, 2023 at 10:00 a.m. PT**.

For complete information about all of your rights and options, as well as Claim Forms, the long form Notice and Settlement Agreement, visit **KronosPrivateCloudSettlement.com**, or call the Settlement Administrator toll free **1-833-747-6267**.

**Questions?   Call 1-833-747-6267 or  Visit: KronosPrivateCloudSettlement.com**

# Exhibit B

**Subject:** Reminder Notice – Deadline to Claim Benefits is October 3

---

**Unique Class Member ID:  <<refnum>>**

*In re UKG Inc. Cybersecurity Litigation,* Master Dkt. No.: 3:22-cv-00346-SI

**Time is running out to file a claim for Settlement benefits. The deadline is October 3, 2023. You May File Your Claim Here.**

Records indicate that a Cyberattack on the Kronos Private Cloud, an application used for timekeeping, may have affected you and you may be eligible for benefits from a Settlement.

You have already received a notice about the Settlement. This is a reminder letting you know that time is running out to file a claim for benefits from this Settlement. **The deadline to file a claim is October 3, 2023.** Please submit your claim for benefits today at www.KronosPrivateCloudSettlement.com!

**Who is Included?** You are eligible for benefits from the Settlement if: (1) you are a resident of the United States; (2) you are a current or former employee or contractor of a UKG customer – a business that uses the KPC application for timekeeping – and your data was stored in the KPC when the cyberattack happened in December 2021; and (3) You were impacted by the interruption of KPC application because of the cyberattack.

**What benefits does the Settlement Provide?** The Settlement provides $5,500,000, with a potential of an additional $500,000, as needed to pay Claims.
- You can get reimbursed of **up to $1,000** for out-of-pocket expenses and lost time.
- California residents may be eligible for an additional payment of $30.
- Payments may be adjusted *pro rata* based on the total number of valid claims submitted.

**What Do I Need to Do?** You must submit a Claim Form **by October 3, 2023** to be eligible to get money from the Settlement. Claims must include any required documentation. Document requirements are available at www.KronosPrivateCloudSettlement.com.

**How do I file a Claim?**
- The fastest and easiest way to file a claim is to submit it online at www.KronosPrivateCloudSettlement.com.
- You can also download and print a Claim Form and submit it by mail to the address below:
  UKG Security Data Breach
  c/o Kroll Settlement Administration
  PO Box 225391
  New York, NY 10150-5391
- You can also request that a Claim Form be sent to you by calling the Settlement Administrator at 1-833-747-6267 (toll free).

**What happens if I do not submit a Claim?** If you do not submit a Claim by October 3, 2023 and you did not exclude yourself by the September 18, 2023 exclusion deadline, then you will receive no compensation and you will be legally bound by the Settlement.

The Court has scheduled a hearing in this case for **November 17, 2023 at 10:00 a.m. PT**.

For complete information about all of your rights and options, as well as Claim Forms, the long form Notice and Settlement Agreement, visit **www.KronosPrivateCloudSettlement.com**, or call the Settlement Administrator toll free **1-833-747-6267**.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

*Para ver la notificación en español, visite* **www.KronosPrivateCloudSettlement.com**

Exhibit C

**Subject:** In re UKG Inc. Cybersecurity Litigation - Complete Your Claim

---

**Unique Class Member ID:  <<refnum>>**

*In re UKG Inc. Cybersecurity Litigation,* Master Dkt. No.: 3:22-cv-00346-SI

Our records indicate you registered for the In re UKG Inc. Cybersecurity Litigation, **but you have not submitted your claim and the deadline is approaching**.

**Your Unique Class Member ID is <<refnum>>. You have until Tuesday, October 3, 2023 to file a claim using this ID, which is unique to you.**

Please retain this Unique Class Member ID for your records. Your Unique Class Member ID is required in order to file a Claim Form. **At this time, you have not filed a Claim Form.** To submit a Claim Form, go to the **online Claim Form**, enter your Unique Class Member ID, complete, and submit your form. The deadline to submit a Claim Form is **October 3, 2023**.

**What does the Settlement Provide?** The Settlement Fund will be used to pay **up to $1,000** for reimbursement of Ordinary Losses, including **up to $100** of lost time, **up to $7,500** for reimbursement of Extraordinary Losses (if applicable), and additional payments of **$100** and/or **$30** to Exfiltration and/or California Subclass Members, respectively. All cash payments may be adjusted *pro rata* depending on the number of Approved Claims.

If you do not submit a Claim Form, you will not receive a payment if the Settlement receives final approval. For further information regarding the Settlement, please visit **www.KronosPrivateCloudSettlement.com**. You may also contact the Settlement Administrator by calling toll-free **1-833-747-6267.**

# Exhibit D

**UKG CREATIVE**

*SOCIAL MEDIA ADS*

---

**FACEBOOK/INSTRAGRAM NEWSFEED**

**FACEBOOK/INSTRAGRAM STORIES**





**UKG CREATIVE**

*YOUTUBE ADS*





**UKG CREATIVE**

*LINKEDIN ADS*



Exhibit E

# Exclusion List

| Count | Record Identification Number |
|---|---|
| 1 | 687441M9D4YNT |
| 2 | 687441MBGKNQQ |
| 3 | 687443PJRW2B1 |
| 4 (Late) | 687444QVXKC3Z |