United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MULLER, et al., | Case No. 22-cv-00346-SI |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UKG INC., | |
| Defendant. | |

The Court granted final approval of class action settlement on November 21, 2023. The Court retains jurisdiction of this matter during the term of the settlement agreement for the purpose of enforcement thereof. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 22, 2023

_____
SUSAN ILLSTON
United States District Judge