UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: November 17, 2023 | Time: 10:35 – 10:43<br>8 Minutes | Judge: SUSAN ILLSTON |
|---|---|---|
| Case No.: 22-cv-00346-SI | Case Name: In re UKG Inc. Cybersecurity Breach Litigation | |

**Attorney for Plaintiffs:** Alexis Wood, Kas Gallucci, Zachary Gershman, Michael Morrison
**Attorney for Defendant:** Alfred Saikali

**Deputy Clerk:** Brenda Lopez                              **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Motion for Attorneys' Fees (Dkt. 76) and Motion for Final Approval of Settlement (Dkt. 77) Hearings – held via Zoom webinar.

## SUMMARY

The Court questioned plaintiff counsel on the settlement agreement. Plaintiff counsel confirmed there is enough money to pay all the approved and submitted claims. Plaintiff counsel discussed what would happen to the remaining funds. Any left-over funds would go to The Privacy Rights Clearing House. There were no objections to the settlement agreement but four opt outs.

The Court plans to tentatively approve the settlement. The Motion for Attorney's fees was submitted.